Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Hassan Serhan*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASSAN SERHAN<br><br>　　　　Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendant. | Case No.: 5:23-cv-01054-JGB-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff Hassan Serhan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant Experian Information Solutions, Inc. within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant Experian Information Solutions, Inc. only. Plaintiff also requests that this

Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: November 07, 2024   By: /s/ Youssef H. Hammoud
Youssef H. Hammoud (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
yh@lawhammoud.com

Attorney for Plaintiff
Hassan Serhan

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Gladys Vasquez