Youssef H. Hammoud (SBN:321934)
**THE CREDIT ATTORNEY, INC.**
601 N Parkcenter Drive Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

Attorney for Plaintiff,
*Hassan Serhan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN SERHAN,<br><br>     Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>     Defendants. | **Case No.:** 5:23-cv-01054-JGB-SP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Hassan Serhan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian Information Solutions, Inc.

Dated: February 27, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**THE CREDIT ATTORNEY, INC.**
601 N Parkcenter Drive Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

Attorney for Plaintiff
*Hassan Serhan*

Dated: February 27, 2025

By: */s/ Trevor J. Deason*
Trevor J. Deason
Associate
JONES DAY® - One Firm Worldwide℠
717 Texas, Suite 3300
Houston, Texas 77002
Office: 832.239.3712

Attorney for Defendants
*Experian Information Solutions, Inc.*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

*/s/ Zion Levi*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Zion Levi*