Youssef H. Hammoud (SBN:321934)
**THE CREDIT ATTORNEY, INC.**
601 N Parkcenter Drive Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorney for Plaintiff,*
*Hassan Serhan*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASSAN SERHAN<br><br>　　　Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　Defendant. | **Case No.: 5:23-cv-01054-JGB-SP**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA** |

NOTICE IS HEREBY GIVEN that Plaintiff Hassan Serhan ("Plaintiff") and Defendant Hyundai Capital America d/b/a Kia Finance America ("HCA") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant HCA within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant HCA only.

Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated:  August 21, 2025          By:*/s/ Youssef H. Hammoud*
                                Youssef H. Hammoud (SBN:321934)
                                **THE CREDIT ATTORNEY, INC.**
                                601 N Parkcenter Drive Suite 202
                                Santa Ana, CA 92705
                                T: (949) 301-9692
                                F: (949) 301-9693
                                E: yhammoud@thecreditattorney.com

                                Attorney for Plaintiff
                                Hassan Serhan

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


*/s/ Zion Levi*